**Order entered August 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

**ASHLEY DANIELLE SIEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is appellant's August 2, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE